IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Southern Division

| | |
|---|---|
| BROWN RAYSMAN MILLSTEIN<br>  FELDER & STEINER, LLP,<br>  a New York Limited Liability Partnership,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXUS INTERNATIONAL, INC.,<br>  a Maryland Corporation,<br><br>  Defendant. | Civil Action No. JFM01CV-486 |

**ORDER**

Upon consideration of defendant's Consent Motion for Extension of Time to Answer or Otherwise Plead, the grounds in support thereof, the consent of the parties thereto, and the entire record herein, it is, by the United States District Court for the District of Maryland, hereby

ORDERED, that defendant's Consent Motion for Extension of Time to Answer or Otherwise Plead BE, and it hereby IS, GRANTED; and it is further

ORDERED, that defendant shall have until April 9, 2001 to answer or otherwise plead in response to the Complaint in this cause.

\\DC - 66589/3 - #1290403 v1

DONE and ORDERED in Chambers this __ day of March, 2001.

_____
J. Frederick Motz, Chief Judge

COPIES TO:

Linda D. Regenhardt, Esq.
Nancy D. Greene, Esq.
GARY & GOODMAN PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182
　　Counsel to Plaintiff

Steven P. Hollman, Esq.
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Suite 7W-302
Washington, D.C. 20004-1109
　　Counsel to Defendant

4