IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BROWN RAYSMAN MILLSTEIN :
  FELDER & STEINER, LLP
      :
      :
  Plaintiff      :
      :
-v-      :  Case No. JFM 01CV486
      :
ALEXUS INTERNATIONAL, INC.  :
      :
  Defendant      :

**ORDER GRANTING CONSENT MOTION TO EXTEND TIME**

Upon consideration of defendant's Consent Motion to Extend Time to Answer or Otherwise Respond to the Complaint, good cause having been shown, it is this ____ day of _____, 2001, by the United States District Court for the District of Maryland,

ORDERED, that the motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that defendant shall have through and until April 19, 2001 to answer or otherwise respond to the Complaint filed herein.

                                                  J. Frederick Motz, Chief Judge

Copies to:

  Linda D. Regenhardt, Esquire
  Nancy D. Greene, Esquire
  Gary & Goodman PLLC
  8500 Leesburg Pike, Suite 7000
  Vienna, Virginia 22182

Stanley J. Reed, Esquire
Susan Berry Bloomfield, Esquire
Lerch, Early and Brewer, Chtd.
3 Bethesda Metro Center
Suite 380
Bethesda, Maryland 20814-5367

G:\Dept\LIT\SBB\alexus\extend.ord.doc

2