UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROWN RAYSMAN MILLSTEIN<br>  FELDER & STEINER, LLP.<br>  A New York Limited Liability Partnership<br><br>  Plaintiff,<br><br>v.<br><br>ALEXUS INTERNATIONAL, INC.<br>  A Maryland Corporation,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case # JFM 01 CV 486<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter came before the Court upon the Plaintiff's Motion for Leave to File an Amended Complaint to correct certain clerical errors and it appearing to the Court that the relief requested should be granted;

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint be accepted for filing in this matter; and

FURTHER ORDERED that Defendant shall have until April 19, 2001 to answer or otherwise plead in response to the Complaint in this cause.

DONE AND ORDERED in Chambers this ___ day of April 2001.

_____
J. Frederick Motz, Chief Judge

Copies to:

Linda D. Regenhardt, Esquire
GARY & GOODMAN PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182-2409
Counsel for Plaintiff

Steven P. Hollman, Esquire
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Suite 7W-302
Washington, DC 20004-1109
Counsel for Defendant