IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BROWN, RAYSMAN, MILLSTEIN FELDER & STEINER, LLP | * | |
| v. | * | Civil No. JFM-01-486 |
| ALEXUS INTERNATIONAL, INC. | * | |

ORDER

Upon consideration of defendant's motion to extend time for filing counterclaim, it is, this 17th day of April 2001

ORDERED that said motion be granted.

J. Frederick Motz
United States District Judge

