## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BROWN RAYSMAN MILLSTEIN FELDER & STEINER, LLP. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case # JFM 01 CV 486 ) |
| ALEXUS INTERNATIONAL, INC. | ) ) |
| Defendant. | ) ) |

### ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for An Extension of Time to Answer or Otherwise Plead in Response to a Counterclaim filed herein, the grounds and support thereof, the consent of the parties thereto and the entire record herein, it is, by the United States Court for the District of Maryland hereby;

ORDERED that Plaintiff's Consent Motion for An Extension of Time to Answer or Otherwise Plead, be and hereby is GRANTED, and;

FURTHER ORDERED that the Plaintiff shall have until June 8, 2001 to answer or otherwise plead in response to the Counterclaim filed in this cause.

DONE AND ORDERED in Chambers this 31st day of May 2001.

J. Frederick Motz, Chief Judge