IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BROWN RAYSMAN MILLSTEIN         :
  FELDER & STEINER, LLP            :
                              :
       Plaintiff                     :
                                :
-v-                             :    Case No. JFM 01CV486
                                :
ALEXUS INTERNATIONAL, INC.       :
                                :
       Defendant                     :

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Brown Raysman Millstein Felder & Steiner, LLP, and defendant, Alexus
International, Inc., through their respective undersigned counsel, hereby stipulate to the
dismissal of the Complaint and Counterclaim filed herein with prejudice.

Respectfully submitted,

GARY & GOODMAN PLLC


Linda D. Regenhardt, Bar No. 05360
Nancy D. Greene, Bar No. 013859
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182
Attorneys for Plaintiff

LERCH, EARLY & BREWER, CHARTERED

Stanley J. Reed, Bar No. 00315
Susan Berry Bloomfield, Bar No. 05963
3 Bethesda Metro Center, Suite 380
Bethesda, Maryland 20814-5367
(301) 986-1300
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __19th__ day of June, 2002, a copy of the foregoing was served by first class mail, postage prepaid to:

Linda D. Regenhardt, Esquire
Nancy D. Greene, Esquire
Gary &  Goodman PLLC
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182

Susan Berry Bloomfield

\\FS1\DATA\Dept\LIT\SBB\alexus\stip.dismiss..doc

2